IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HASSAN CONTEH** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| v. | *   Case No.: 22-cv-01908-LKG |
| | * |
| **AMAZON.COM SALES, INC.** | * |
| | * |
| **DEFENDANT.** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Hassan Conteh ("Plaintiff"), through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby stipulates to the dismissal of the plaintiff's claims, with prejudice, with each party to bear his or its own costs and attorney's fees.

Respectfully submitted,

_____/s/_____
Philip B. Zipin , Bar No. 03932
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 587-9373 (phone)
(240) 839-9142 (facsimile)
pzipin@zagfirm.com

*Counsel for Plaintiff*